**COMMONWEALTH of Pennsylvania,**
**Appellant,**

**v.**

**Robert James SHAY, III, Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 7, 2003.
Decided Dec. 16, 2003.

### *ORDER*

PER CURIAM:

AND NOW, this 16th day of December, 2003, the Order of the Court of Common Pleas of Mercer County is AFFIRMED. *See Commonwealth v. Mockaitis,* —— Pa. ——, 834 A.2d 488 (2003).